— **EXHIBIT A** —

