# UNITED STATES DISTRICT COURT

for the
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **Eric Carroll and all others similarly situated** | ) | |
| | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:26-cv-11336-PGL |
| | ) | |
| | ) | |
| **Staples, Inc.** | ) | |
| | ) | |
| *Defendant* | ) | |

## AFFIDAVIT OF SERVICE

I, Michael Palermo, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Staples, Inc. in Middlesex County, MA on March 24, 2026 at 11:57 am at 500 Staples Dr, Framingham, MA 01702-4478 by leaving the following documents with Kim Poness who as Intake Specialist is authorized by appointment or by law to receive service of process for Staples, Inc..

SUMMONS IN A CIVIL ACTION
CLASS ACTION COMPLAINT, DEMAND FOR JURY TRIAL
EXHIBIT A
Race: White, Sex: Female, Est. Age: 55-64, Hair: Multi, Glasses: N, Est. Weight: 180 lbs to 200 lbs, Est. Height: 5' 9" to 6'.
Geolocation of Serve: https://google.com/maps?q=42.2917635,-71.4889898
Photograph: See Exhibit 1


Total Cost: $123.75


I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

_Hampden County_ ,

__MA__ on __3/25/2026__ .

/s/ *Michael Palermo*

Signature
Michael Palermo
+1 (508) 498-5440

Exhibit 1a)

