**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| **ERIC CARROLL**, on behalf of himself and all others similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>**STAPLES, INC.**,<br><br>       Defendant. | Case No. 1:26-cv-11336-PGL |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Massachusetts Local Rule 83.5.3(b), Anthony I. Paronich, a member in good standing of the Bar of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts, moves for the admission of Raina C. Borrelli, member of the bars of the state of Minnesota, to this Court. Ms. Borrelli seeks to appear and practice in this Court as co-counsel for Plaintiff Eric Carroll.

In support of this motion, I have attached a sworn certification by Ms. Borrelli that: (1) she is a member of the bar in good standing in every jurisdiction where she has been admitted to practice; (2) there are no disciplinary proceedings pending against her as a member of the bar in any jurisdiction; and (3) she is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, it is respectfully requested that Raina C. Borrelli be admitted to practice before this Court *pro hac vice* for the purpose of representing Plaintiff Eric Carroll in this Court in this matter.

Dated: April 8, 2026                          By:  */s/ Anthony Paronich*
                                                         Anthony I. Paronich
                                                          PARONICH LAW, P.C.
                                                          350 Lincoln Street, Suite 2400
                                                          Hingham, MA 02043
                                                          Telephone: (508) 221-1510
                                                          anthony@paronichlaw.com

                                              *Attorneys for Plaintiff and the Proposed Class*

## LOCAL RULE 7.1 CERTIFICATE

I hereby certify that counsel for Plaintiff has been unable to confer with counsel for Defendant, pursuant to Local Rule 7.1(a)(2), prior to filing the foregoing motion, as counsel for Defendant has not yet appeared in this matter.

                                              */s/ Anthony Paronich*
                                              Anthony I. Paronich

2

## <u>CERTIFICATE OF SERVICE</u>

I, Anthony I. Paronich, hereby certify that on April 8, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 8th day of April, 2026.

By: _/s/_____

Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (508) 221-1510
anthony@paronichlaw.com