## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

**ERIC CARROLL**, on behalf of himself and all others similarly situated,

Plaintiff,

v.

**STAPLES, INC.**,

Defendant.

Case No. 1:26-cv-11336-PGL

## CERTIFICATION OF RAINA C. BORRELLI
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Raina C. Borrelli, on oath, depose and state that:

1.      I am an attorney with offices located at 980 N. Michigan Avenue, Suite 1610, Chicago, IL 60611.

2.      I am an active member of the bars in the state of Minnesota. I am admitted to practice and in good standing in the following states and federal jurisdictions:

### STATE COURTS

| Court | Bar No. | Admission Date | In Good Standing? |
|---|---|---|---|
| State of Minnesota | 392127 | 10/28/2011 | Yes |

### FEDERAL COURTS

| Court | Admission Date | In Good Standing? |
|---|---|---|
| U.S.D.C., District of Minnesota | 11/8/2011 | Yes |
| U.S.D.C., Eastern District of Wisconsin | 5/9/2019 | Yes |
| U.S.D.C., District of Colorado | 2/20/2020 | Yes |
| U.S.D.C., Northern District of Illinois | 12/21/2021 | Yes |
| U.S.D.C., Eastern District of Michigan | 12/21/2021 | Yes |
| U.S. Court of Appeals, 10th Circuit | 3/4/2021 | Yes |
| U.S. Court of Appeals, 1st Circuit | 11/30/2022 | Yes |
| U.S.D.C., Central District of Illinois | 2/14/2023 | Yes |

| | | |
|---|---|---|
| U.S. Court of Appeals, 7th Circuit | 5/26/2023 | Yes |
| U.S. Court of Appeals, 9th Circuit | 9/12/2023 | Yes |
| U.S. Court of Appeals, 2nd Circuit | 12/11/2024 | Yes |
| U.S. Court of Appeals, 6th Circuit | 9/11/2025 | Yes |
| U.S.D.C., Western District of Texas | 11/10/2025 | Yes |
| U.S. Court of Appeals, 4th Circuit | 11/13/2025 | Yes |

3.      I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.

4.      There are no disciplinary proceedings against me as a member of the bar in any jurisdiction.

5.      I am familiar with the facts and legal issues presented in this case.

6.      I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

7.      This certification is executed in connection with Plaintiff's Motion for Admission *Pro Hac Vice*, by and through counsel, Anthony I. Paronich, to admit me *pro hac vice* for the purpose of acting as co-counsel for Plaintiff Eric Carroll, in connection with this matter.

I certify that the above information is true and correct.


Dated: April 8, 2026                    By: */s/ Raina C. Borrelli*
                                            Raina C. Borrelli
                                            STRAUSS BORRELLI PLLC
                                            One Magnificent Mile
                                            980 N Michigan Avenue, Suite 1610
                                            Chicago IL, 60611
                                            Telephone: (872) 263-1100
                                            Facsimile: (872) 263-1109
                                            raina@straussborrelli.com

                                            *Attorneys for Plaintiff and the Proposed Class*

2

## **CERTIFICATE OF SERVICE**

I, Anthony I. Paronich, hereby certify that on April 8, 2026, I electronically filed the

foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of

such filing to counsel of record via the ECF system.

DATED this 8th day of April, 2026.


By:  */s/ Anthony I. Paronich*
Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (508) 221-1510
anthony@paronichlaw.com

3