AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | |
|---|---|
| Eric Carroll, on behalf of himself and all others similarly situated, | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:26-cv-11336-PGL |
| Staples, Inc. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Staples, Inc.                                                                                                          .

Date:        04/09/2026                                              /s/ Sara Haven
                                                                                    *Attorney's signature*

                                                                            Sara Haven (BBO #687448)
                                                                            *Printed name and bar number*

                                                                            1900 M Street NW, Suite 250
                                                                            Washington, DC 20036

                                                                                    *Address*

                                                                            sara.haven@zwillgen.com
                                                                                    *E-mail address*

                                                                            (202) 706-5270
                                                                                    *Telephone number*

                                                                            (202) 706-5298
                                                                                    *FAX number*