**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ERIC CARROLL,<br>on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>STAPLES, INC.,<br><br>    Defendant. | Civil Case No. 1:26-cv-11336-PGL |

**<u>DEFENDANT STAPLES, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Staples, Inc. provides the following disclosures:

Staples, Inc. is a privately owned corporation. The parent corporation of Staples, Inc. is Arch Parent, Inc., and Arch Parent, Inc.'s ultimate beneficial owner is Sycamore Partners II, L.P. No public companies own 10% or more of Staples, Inc.'s stock.

Dated: April 9, 2026

    Respectfully submitted,

    **ZWILLGEN PLLC**

     /s/ Sara Haven
    Sara Haven (BBO #687448)
    1900 M Street NW, Suite 250
    Washington, DC 20036
    Tel.: (202) 706-5270
    Fax: (202) 706-5298
    Email: sara.haven@zwillgen.com

    *Counsel for Defendant Staples, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that this document was electronically filed with the Clerk of Court on

April 9, 2026 through the CM/ECF system, which will serve notice on all counsel of record.


      /s/ Sara Haven
Sara Haven