**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ERIC CARROLL,<br>on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>STAPLES, INC.,<br><br>        Defendant. | Civil Case No. 1:26-cv-11336-PGL |

**ASSENTED-TO MOTION TO EXTEND THE DEADLINE TO**
**RESPOND TO COMPLAINT**

Defendant Staples, Inc. ("Staples"), with the assent of Plaintiff Eric Carroll ("Plaintiff"),

respectfully moves the Court to extend the deadline for Staples to file a responsive pleading to

the Complaint up to and including June 1, 2026. The current deadline to file a responsive

pleading to the Complaint is April 15, 2026.

This extension will provide counsel with additional time to further investigate and

analyze the allegations in the Complaint, and to prepare an appropriate response to the

Complaint.

Counsel for Defendant has conferred with counsel for Plaintiff and Plaintiff has no

objection to the requested extension. Neither the Court nor any party to this action will be

prejudiced by granting this motion for an extension.

WHEREFORE, Defendant Staples respectfully requests that the deadline for Defendant

to file a responsive pleading to the Complaint be extended to June 1, 2026.

Dated: April 9, 2026

Respectfully submitted,

**ZWILLGEN PLLC**

 /s/ Sara Haven
Sara Haven (BBO #687448)
1900 M Street NW, Suite 250
Washington, DC 20036
Tel.: (202) 706-5270
Fax: (202) 706-5298
Email: sara.haven@zwillgen.com

*Counsel for Defendant Staples, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document was electronically filed with the Clerk of Court on

April 9, 2026 through the CM/ECF system, which will serve notice on all counsel of record.


 /s/ Sara Haven
Sara Haven