**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ERIC CARROLL, on behalf of himself and all others similarly situated, | Civil Case No. 1:26-cv-11336-PGL |
| Plaintiff, | |
| v. | |
| STAPLES, INC., | |
| Defendant. | |

**ASSENTED-TO MOTION TO EXTEND THE DEADLINE TO
RESPOND TO COMPLAINT**

Defendant Staples, Inc. ("Staples"), with the assent of Plaintiff Eric Carroll ("Plaintiff"), respectfully moves the Court to extend the deadline for Staples to file a responsive pleading to the Complaint up to and including July 1, 2026. The current deadline to file a responsive pleading to the Complaint is June 1, 2026. This is the second request for an extension of Staples' responsive pleading deadline.

This extension will provide counsel for the Parties to continue discussions that may resolve the dispute set forth in the Complaint.

Counsel for Defendant has conferred with counsel for Plaintiff and Plaintiff has no objection to the requested extension. Neither the Court nor any party to this action will be prejudiced by granting this motion for an extension.

WHEREFORE, Defendant Staples respectfully requests that the deadline for Defendant to file a responsive pleading to the Complaint be extended to July 1, 2026.

Dated: June 1, 2026

Respectfully submitted,

**ZWILLGEN PLLC**

  /s/ Sara Haven
Sara Haven (BBO #687448)
1900 M Street NW, Suite 250
Washington, DC 20036
Tel.: (202) 706-5270
Fax: (202) 706-5298
Email: sara.haven@zwillgen.com

*Counsel for Defendant Staples, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that this document was electronically filed with the Clerk of Court on June 1, 2026 through the CM/ECF system, which will serve notice on all counsel of record.

     /s/ Sara Haven
Sara Haven