**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| **ERIC CARROLL**, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> **STAPLES, INC.**, <br><br> Defendant. | Case No. 1:26-cv-11336-PGL |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Eric Carroll hereby gives notice that his claims in this action against Defendant Staples, Inc, are hereby voluntarily dismissed without prejudice, with each party to bear its own costs and attorneys' fees.

Dated: June 1, 2026                  By: */s/ Anthony I. Paronich*
                                         Anthony I. Paronich
                                         PARONICH LAW, P.C.
                                         350 Lincoln Street, Suite 2400
                                         Hingham, MA 02043
                                         Telephone: (617) 485-0018
                                         anthony@paronichlaw.com

                                         *Attorneys for Plaintiff and the Proposed Class*

1

## CERTIFICATE OF SERVICE

I, Anthony I. Paronich, hereby certify that on June 1, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 1st day of June, 2026.

By: */s/ Anthony I. Paronich*
Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
anthony@paronichlaw.com